# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

GAGE FORD, by and through : \
his mother APRIL GRIFFIN,

                                  :

    Plaintiff, \
vs.                               :       CA 05-0472-WS-C

JO ANNE B. BARNHART,  : \
Commissioner of Social Security,

                                :

    Defendant.

## **ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated June 21, 2006 is **ADOPTED** as the opinion of this Court.

    DONE this 20th day of July, 2006.

                                                          s/WILLIAM H. STEELE \
                                                          UNITED STATES DISTRICT JUDGE