IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| GAGE FORD, by and through his mother APRIL GRIFFIN, | : | |
| | : | |
| Plaintiff, | | |
| vs. | : | CA 05-0472-WS-C |
| | | |
| JO ANNE B. BARNHART, Commissioner of Social Security, | : | |
| | : | |
| Defendant. | | |

## **JUDGMENT**

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the decision of the Commissioner of Social Security denying the application made on behalf of Gage Ford for child's insurance benefits be affirmed.

DONE this 20th day of July, 2006.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE